## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GORHAM, CAROL PEREA, | |
| Plaintiffs, | Case No. 2:13-cv-02274-JCM-GWF |
| vs. | **ORDER** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated December 13, 2013, required the parties to file a Joint Status Report regarding removed action no later than January 15, 2014. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **February 7, 2014,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3       DATED this 23rd day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge