**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL GORHAM, CAROL PEREA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN FAMILY MUTUAL INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:13-cv-02274-JCM-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated December 13, 2013, required the parties to file a Joint Status Report regarding removed action no later than January 15, 2014. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **February 7, 2014,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 23rd day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge