UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GORHAM, CAROL PEREA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN FAMILY MUTUAL INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Case No. 2:13-cv-02274-JCM-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiffs' Emergency Motion to Extend Time re Discovery Deadlines (#66) filed on February 5, 2016. The Court conducted a hearing on this matter on February 11, 2016. After oral argument by counsel, and good cause appearing, the Court will grant a 90 day extension of the pending deadlines.

**IT IS HEREBY ORDERED** that Plaintiffs' Emergency Motion to Extend Time re Discovery Deadlines (#66) is **granted**. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **May 27, 2016**
2. Last date to file dispositive motions: **June 27, 2016**
3. Last date to file joint pretrial order: **July 27, 2016**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 11th day of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge