# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL GORHAM, CAROL PEREA,

           Plaintiffs,

vs.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

           Defendant.

Case No. 2:13-cv-02274-JCM-GWF

**ORDER**

      This matter is before the Court on Defendant's request to seal documents attached to Plaintiff's Emergency Motion to Compel (ECF No. 89). *See Opposition to Motion to Compel* (ECF No. 91), pg. 2. Defendant asserts that Plaintiffs have violated the agreed upon protective order by attaching all of the documents disclosed in Defendant's Fourteenth and Fifteenth Supplements to their FRCP 26(a)(1) Initial Disclosures. *Id.* These documents were attached to Plaintiff's Emergency Motion to Compel as Exhibit 3 and Exhibit 10. *Id.* Based on Defendant's representations and review of the documents, the Court finds that the documents fall within the purview of the protective order and should not have been filed on the open record because they are confidential and proprietary in nature. Thus, the Court finds that Defendant has presented sufficient good cause to warrant an order from the Court sealing Exhibits 3 and 10 to Plaintiff's Emergency Motion to Compel. Accordingly,

      **IT IS HEREBY ORDERED** that the Clerk of the Court is directed to seal Exhibit 3 and Exhibit 10 attached to Plaintiff's Emergency Motion to Compel (ECF No. 89).

      DATED this 17th day of August, 2016.

                                                                       */s/ George Foley, Jr.*
                                                           GEORGE FOLEY, JR.
                                                           United States Magistrate Judge